No. 655.   BEACHVIEW BROADCASTING CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION.   The motion for leave to add Tidewater Teleradio, Inc., as a party respondent is granted.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.   *Edward P. Morgan* and *Herbert E. Forrest* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Hansen, John L. FitzGerald, Richard A. Solomon* and *Jerry M. Hamovit* for respondent.   *Paul Porter* and *Harry M. Plotkin* for Tidewater Teleradio, Inc.

No. 266, Misc.   LEYVAS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 491, Misc.   GREEN *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *John J. Dwyer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 397, Misc.   STARR *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Eaward T. Cheyfitz* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 457, Misc.   BOHME *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.